**Order entered June 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00640-CR

**QUINCY NATHANIEL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-45744-Y**

## ORDER

We **REINSTATE** this appeal.

By order entered June 6, 2019, the Court abated the appeal to allow the trial court to conduct a *de novo* hearing on appellant's motion to suppress his statement to police and to file a supplemental clerk's record containing the trial court's order on the motion to suppress and its findings of fact in support of the trial court's conclusion. We ordered the trial court to transmit the supplemental clerk's record containing a copy of its order and findings of fact within thirty days of the date of the order.

Before the Court is the trial court's June 17, 2019 request for an extension of time to fulfill the requirements of the Court's June 6, 2019 order. We **GRANT** the trial court's request and extend the time to file the supplemental clerk's record until August 6, 2019.

We **ABATE** the appeal to allow the trial court to comply with the Court's June 6, 2019 order and this order. The appeal will be reinstated when the supplemental clerk's record containing the trial court's order and findings is received or at such other time as the Court deems appropriate.

Upon reinstatement of the appeal, the Court will set a new date for appellant to file his brief.

We **DIRECT** the Clerk to transmit a copy of this order by electronic transmission to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; and to counsel for the parties.

/s/     LANA MYERS
           JUSTICE